United States District Court
Southern District of Texas
ENTERED

JUL 1 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 1 3 1998

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | |
|---|---|
| REBECCA HERNANDEZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-070 |
| § | |
| MUTUAL OF OMAHA INSURANCE § | |
| COMPANY § | |

TYPE OF CASE:  __X__ CIVIL        ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT'S MOTION TO DISMISS**

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, 32

DATE AND TIME:

JULY 27, 1998 AT 10:00 A.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 13, 1998

TO:   MR. DANIEL ROBLES/MR. JIM SOLIS
      MS. NANCY MASSO