United States District Court
Southern District of Texas
ENTERED
AUG 1 3 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 11 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

REBECCA HERNANDEZ, ET AL.　§
　　　　　　　　　　　　　　§
VS.　　　　　　　　　　　　§　　CIVIL ACTION NO. B-98-070
　　　　　　　　　　　　　　§
MUTUAL OF OMAHA INSURANCE　§
COMPANY　　　　　　　　　　§

## ORDER

Pending before the court is the Motion of Jim Solis to Appear as Attorney in Charge for Plaintiffs.

It is the policy of this division to deny motions to appear pro hac vice by attorneys who reside in the division.

Mr. Solis' Motion to Appear pro hac vice is **DENIED**.

DONE at Brownsville, Texas, this 11th day of August, 1998.

　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　United States Magistrate Judge