United States District Court
Southern District of Texas
FILED

AUG 17 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REBECCA HERNANDEZ, INDIVIDUALLY AND D/B/A HOLISTIC HEALTH & MIND INSTITUTE I, HOLISTIC HEALTH AND MIND INSTITUTE II, HOLISTIC HEALTH AND MIND INSTITUTE III, HOLISTIC HEALTH AND MIND INSTITUTE IV, HOLISTIC HEALTH AND MIND INSTITUTE V, HOLISTIC HEALTH AND MIND INSTITUTE VI, AND HOLISTIC HEALTH AND MIND INSTITUTE VII, Plaintiffs, | * * * * * * * * * * * * | CIVIL ACTION No. B-98-070 |
| vs. | * * | |
| MUTUAL OF OMAHA INSURANCE COMPANY, Defendant. | * * * | |

## ORDER OF SUBSTITUTION

On this date, this Court considered the Secretary of the United States Department of Health and Human Service's motion (DOCKET NO. 2-1) to be substituted as the defendant in this action. Having considered the motion and authorities presented by counsel, this Court concludes that the motion has merit and that the Secretary of the Department of Health and Human Services is and should be deemed the proper defendant herein.

THEREFORE, IT IS ORDERED that Donna E. Shalala, Secretary of the United States Department of Health and Human Services be substituted in the stead of Mutual of Omaha Insurance Company as the defendant in the above-captioned lawsuit.

SIGNED on this the 17th day of AUGUST, 1998.

FILEMON B. VELA
United States District Judge