

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REBECCA HERNANDEZ INDIVIDUALLY AND D/B/A HOLISTIC HEALTH & MIND INSTITUTE I, HOLISTIC HEALTH & MIND INSTITUTE II, HOLISTIC HEALTH & MIND INSTITUTE III, HOLISTIC HEALTH & MIND INSTITUTE IV, HOLISTIC HEALTH & MIND INSTITUTE V, HOLISTIC HEALTH & MIND INSTITUTE VI, HOLISTIC HEALTH & MIND VII, Plaintiffs | § § § § § § § § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-98-070 |
| MUTUAL OF OMAHA INSURANCE COMPANY, Defendant | § § § § | |

### ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 27, 1998 should be **ADOPTED**.

It is further **ORDERED** that Plaintiffs' case be **DISMISSED** without prejudice.

DONE in Brownsville, Texas, on this 29 day of September 1998.

Hilda G. Tagle
United States District Judge