24

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| REBECCA HERNANDEZ, INDIVIDUALLY AND D/B/A HOLISTIC HEALTH & MIND INSTITUTE I, HOLISTIC HEALTH & MIND INSTITUTE II, HOLISTIC HEALTH & MIND INSTITUTE III, HOLISTIC HEALTH & MIND INSTITUTE IV, HOLISTIC HEALTH & MIND INSTITUTE V, HOLISTIC HEALTH & MIND INSTITUTE VI, AND HOLISTIC HEALTH & MIND INSTITUTE VII, <br>   Plaintiffs <br><br> VS. <br><br> MUTUAL OF OMAHA INSURANCE COMPANY, <br>   Defendant | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-98-070 |

United States District Court
Southern District of Texas
ENTERED

NOV 2 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

On this day came on to be heard Plaintiff's Motion for Reconsideration of Order of Dismissal and for Clarification in the above entitled and numbered cause. (Docket No. 23). This Court is of the opinion that Plaintiff's Motion should be DENIED.

IT IS HEREBY **ORDERED** that Plaintiff's Motion be, and the same hereby is, **DENIED.**

DONE at Brownsville, Texas this 23 day of November, 1998.

Hilda G. Tagle
United States District Judge