

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| REBECCA HERNANDEZ, INDIVIDUALLY AND D/B/A HOLISTIC HEALTH & MIND INSTITUTE I, HOLISTIC HEALTH & MIND INSTITUTE II, HOLISTIC HEALTH & MIND INSTITUTE III, HOLISTIC HEALTH & MIND INSTITUTE IV, HOLISTIC HEALTH & MIND INSTITUTE V, HOLISTIC HEALTH & MIND INSTITUTE VI, AND HOLISTIC HEALTH & MIND INSTITUTE VII, Plaintiffs | § | |
| VS. | § | CIVIL ACTION NO. B-98-070 |
| MUTUAL OF OMAHA INSURANCE COMPANY, Defendant | § | |

### ORDER

On this day came on to be heard Federal Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and Memorandum in Support Thereof in the above entitled and numbered cause. (Docket No. 21). This Court is of the opinion that the Federal Defendants' Motion should be GRANTED.

IT IS HEREBY **ORDERED** that Federal Defendant's Motion be, and the same hereby is, **GRANTED**.

DONE at Brownsville, Texas this 23 day of November, 1998.

_____
Hilda G. Tagle
United States District Judge